## STOCK *v.* TERRENCE, STATE HOSPITAL DIRECTOR.

No. 437.   Decided December 10, 1962.

*Walter J. Holloran* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## SPAHOS ET AL. *v.* MAYOR OF SAVANNAH BEACH, TYBEE ISLAND, GEORGIA, ET AL.

No. 474.   Decided December 10, 1962.

*Aaron Kravitch* and *Phyliss Kravitch* for appellants.

*Anton F. Solms, Jr.* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.